UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HI&RH AUBREE DEI GRATIA, | ) | Case No.: C 10-03742 PVT |
| Plaintiff, | ) ) | **ORDER TO SHOW CAUSE** |
| v. | ) ) | |
| WACHOVIA MORTGAGE FSB, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

On November 2, 2010, the above-captioned action was scheduled for an initial case management conference. Neither party appeared for the initial case management conference. In addition, neither party filed a case management conference statement pursuant to Civ. L.R. 16-9. Accordingly, plaintiff Dei Gratia is ordered to show cause why the case should not be dismissed for failure to prosecute. Plaintiff shall respond in writing no later than November 15, 2010.

IT IS SO ORDERED.

Dated: November 3, 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*