UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HI&RH EMPRESS AUBREE DEI GRATIA, <br><br> Plaintiff, <br> v. <br><br> WACHOVIA MORTGAGE FSB, <br><br> Defendants. | Case No.: C 10-03742 PSG <br><br> **ORDER TO SHOW CAUSE** |

On January 18, 2011, the above-captioned action was scheduled for a case management conference. Neither party appeared for the case management conference. In addition, neither party filed a case management conference statement pursuant to Civ. L.R. 16-9. Accordingly, Plaintiff Dei Gratia is ordered to show cause why the case should not be dismissed for failure to prosecute. Plaintiff shall respond in writing no later than January 28, 2011.

IT IS SO ORDERED.

Dated:   January 18, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*